IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CTB, INC., et al. | ) |
|     Plaintiffs, | ) Case 3:02cv319RM |
| v. | ) |
| GSI GROUP, INC. | ) |
|     Defendant. | ) |

## ORDER

The Court, having received the parties' Stipulation and Motion for Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a), now orders that this case is dismissed, with prejudice, with each party to bear its own fees and costs.

DATE: _____ s/Robert L. Miller, Jr.
                            Judge, U.S. District Court

cc:    Fullenkamp
        Irmscher
        Cunningham

